Guy W. Beckett, WSBA #14939
BECKETT LAW OFFICES, PLLC
811 First Ave., Ste. 620
Seattle, WA 98104
Tel.: 206.264.8135
Facs.: 206.264.8144

The Hon. Karen E. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In Re:<br><br>John Bernard O'Neill and<br>Claudia Kelly O'Neill,<br><br>           Debtors. | Chapter 7 Bankruptcy<br><br>No.: 05-22212-KAO<br><br>APPLICATION FOR PAYMENT OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES |

      Special Counsel Guy W. Beckett and Beckett Law Offices, PLLC hereby apply for Bankruptcy Court approval for Ronald G. Brown, Trustee of the Bankruptcy Estate of John Bernard O'Neill and Claudia Kelly O'Neill to pay him/it attorneys' fees and to reimburse advanced litigation expenses incurred from proceeds obtained for the estate from a settlement with Farmers Insurance Company in *Ronald Brown v. Farmers Insurance Company, et al.,* King County Superior Court Case No. 04-2-23647-9 KNT.

      Guy W. Beckett and Beckett Law Offices, PLLC request approval from the Court to pay attorney's fees in the amount of $140,000 advanced litigation expenses in the sum of $63,254.38, for a total of $ 203,245.38. The basis for this request and the evidentiary support therefor are contained in the October 16, 2007 Declaration of Guy W. Beckett in Support of Motion for

APPLICATION FOR PAYMENT
OF ATTORNEY'S FEES AND
REIMBURSEMENT OF EXPENSES - 1

Beckett Law Offices, PLLC
811 First Avenue, Suite 620
Seattle, WA 98104
Tel 206-264-8135
Fax 206-264-8144

Approval of Settlement and for Order Authorizing Payment of Attorney's Fees and Expenses, filed herewith.

DATED THIS 17th day of October, 2007.

BECKETT LAW OFFICES, PLLC

_/s/_____
Guy W. Beckett, WSBA #14939
Special Counsel

APPLICATION FOR PAYMENT
OF ATTORNEY'S FEES AND
REIMBURSEMENT OF EXPENSES - 2

Beckett
Law Offices, PLLC
811 First Avenue, Suite 620
Seattle, WA 98104
Tel 206-264-8135
Fax 206-264-8144