<pre>
                                                              The Honorable Karen A. Overstreet
                                                                                     Chapter 7
                                                          Hearing Location: Courtroom 7206, Seattle
                                                                 Hearing Date: November 16, 2007
                                                                        Hearing Time: 9:30 a.m.
                                                                  Response Date: November 9, 2007
</pre>

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 05-22212 |
| JOHN BERNARD O'NEILL ) | |
| CLAUDIA KELLY O'NEILL ) | |
| ) | TRUSTEE'S NOTICE OF HEARING |
| ) | AND MOTIONS FOR AUTHORIZATION |
| ) | OF SETTLEMENT OF CLAIMS, |
| ) | APPROVAL AND PAYMENT |
| ) | OF SPECIAL COUNSEL FEES, |
| ) | AND ABANDONMENT OF |
| ) | OTHER LITIGATION CLAIMS |
| Debtors. ) | |

TO: Debtors, Creditors and Other Interested Parties

### I. Notice

PLEASE TAKE NOTICE that the motions stated below will be heard by the court as follows:

JUDGE: Karen A. Overstreet     TIME: 9:30 a.m.
PLACE: Courtroom 7206     DATE: November 16, 2007
       U.S. Courthouse
       700 Stewart Street
       Seattle, WA 98101

### II. Objections/Responses

Any responses or objections to the motions must be in writing, with the original filed with the Clerk of the Bankruptcy Court, 700 Stewart Avenue, Seattle, Washington 98101, prior to the response date which is November 9, 2007. Failure to comply with this local rule may be deemed by the court as opposition without merit. If you are an attorney, your response or objection must be filed electronically on the Court's CM/ECF system. A copy should be delivered to the chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5203, 700 Stewart Avenue, Seattle, Washington 98101, and a copy served on the Trustee at the address shown in the lower right hand corner of this Notice or via ECF. If responsive pleadings are not filed as stated

NOTICE OF HEARING AND MOTIONS - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

1 above, the hearing may be stricken and an order granting the relief requested in the motions may be
presented ex-parte.

### III. Motions

PLEASE TAKE NOTICE that Chapter 7 Trustee, Ronald G. Brown, moves this court as follows:

1. <u>For authority to approve settlement of litigation claims in the sum of $400,000.</u>

The bankruptcy estate asserts claims arising from litigation against Farmers Insurance Company on damages from a water damage event at the debtors' former residence. Special counsel representing the bankruptcy estate Guy W. Beckett, of Beckett Law Offices, who had previously represented the debtor, assisted in obtaining the settlement through litigation and mediation. Under the terms of settlement, the estate will receive the sum of $400,000.

Special counsel has filed a declaration with the court evaluating the circumstances of the litigation.

Under the criteria in <u>In re A&C Properties</u>, 784 F.2d 1377 (9th Cir., 1986), the court considers a number of factors in determining whether to approve a settlement proposed by a bankruptcy estate, including (1) the probability of success in legal proceedings; (2) the difficulty of collection; (3) the complexity of the legal proceedings and the expense involved; and (4) the interest of creditors. Based upon the advice of special counsel, the trustee believes that the proposed settlement in this case meets the criteria and is a reasonable settlement of all claims.

The trustee believes that the outcome of any legal proceeding is uncertain. In this case, the litigation issues have been vigorously contested. There are numerous liability issues which may affect recovery. Further pursuit of the pending court proceedings would require the estate to incur attorney fees, expert fees, and litigation costs that might further diminish recovery. For the foregoing reasons, the trustee believes that, based upon the evidentiary record and the evaluation of special counsel, the proposed settlement is reasonable.

2. <u>For authority to pay special counsel fees, plus reimbursement of costs incurred.</u>

Special counsel, Guy Beckett, of the Beckett Law Firm, has filed an application to the court requesting fees of $140,000, plus reimbursement of costs in the sum of $63,254.38, for a total sum of $203,254.38. The application is available for review through the Clerk of the Court. The proposed settlement was obtained by counsel through litigation and mediation prior to trial. The trustee believes that, given the degree of complexity of the case and the nature of counsel's services, that the request for payment of fees and costs is reasonable.

3. <u>For abandonment of other litigation claims</u>

Litigation claims are pending against Professional Cleaning & Restoration Services, LLC, d/b/a Servpro ("Servpro") and AACE Contracting & Insurance Repair ("AACE") for damages related to the water damage claim and against Oles Morrison Rinker & Baker, LLP, ("Oles Morrison") and Jany Jacob and Jany K. Jacob, PLLC, ("Jacob") on a legal malpractice claim. The trustee anticipates that the settlement funds from the Farmers Insurance litigation will be sufficient to pay administrative costs and creditor claims in full. Pursuant to 11 U.S.C. §554, the trustee proposes to abandoning the bankruptcy estate's interest in the claims against Servpro, AACE, Oles Morrison, and Jacob on the basis that the claims for the bankruptcy estate are burdensome or of inconsequential value.

NOTICE OF HEARING AND MOTIONS - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

1

2       Wherefore, the trustee requests that the court authorize the litigation claim settlement, the payment of fees and costs to special counsel, and abandonment of other litigation claims.

3       DATED this 17th day of October, 2007.

4                               /s/ *Ronald G. Brown*
                              Ronald G. Brown, WSBA #8816

5                               Chapter 7 Trustee

NOTICE OF HEARING AND MOTIONS - 3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE