The Honorable Karen A. Overstreet
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:                                )    Chapter 7
                                      )    No. 05-22212
JOHN BERNARD O'NEILL                  )
CLAUDIA KELLY O'NEILL                 )
                                      )    ORDER AUTHORIZING
                                      )    SETTLEMENT OF CLAIMS,
                                      )    SPECIAL COUNSEL FEES,
                                      )    AND ABANDONMENT OF
                                      )    LITIGATION CLAIMS
                       Debtors.       )
_____)

THIS MATTER having come regularly before the undersigned judge of the above entitled court, proper notice having been properly given by the Clerk of the Court to the debtors, creditors, and other parties of record, the court having reviewed the Trustee's motions, and the records and files herein, and no objection having been made by the debtors, any creditor, or interested party, now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Trustee is authorized to settle litigation claims in the sum of $400,000.

2. Fees to Guy Beckett and his law firm, Beckett Law Offices, as special counsel to the estate, in the sum of $140,0000, plus reimbursement of costs in the sum of $63,254.38, are approved. From the proceeds of the settlement, the Trustee is authorized pay the fees and costs to special counsel.

3. The Trustee is authorized to abandon litigation claims against Professional Cleaning & Restoration Services, LLC, d/b/a Servpro and AACE Contracting & Insurance Repair for damages

ORDER AUTHORIZING SETTLEMENT,
FEES, AND ABANDONMENT - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

related to a water damage claim and against Oles Morrison Rinker & Baker, LLP, and Jany Jacob and Jany Jacob, PLLC, on a legal malpractice claim.

DATED this ___ day of November, 2007.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above) JUDGE

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER AUTHORIZING SETTLEMENT,
FEES, AND ABANDONMENT - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE